CHARLES PARDEE, Respondent, *v.* DAVID TILTON et al.,
Appellants.

(Argued January 18, 1881 ; decided January 25, 1881.)

PLAINTIFF obtained judgment in this action, the venue in
which was laid, and judgment-roll filed, in Onondaga county.
The defendants resided in the city of New York. In supple-
mentary proceedings an order was granted by a justice of the
fifth judicial district, appointing a referee, residing in the city
of New York, to take the examination of the defendants, and

directing all further proceedings to be had before Judge Dono-hue in the first judicial district. The defendants failed to appear before the referee as required by the order. An order was thereupon granted by Judge Donohue, requiring defendants to show cause why they should not be punished as for contempt. On the return day defendants appeared by counsel. The judge made an order substituting another referee in place of the one named in the original order, and directing the defendants to appear and answer before said referee at a time stated, and directing the contempt proceedings to stand over until after such examination. To review this order this appeal was brought.

The court say: "Judge Donohue had power to make the order appealed from. Whether he should exercise this power rested in his discretion, and the order is not, therefore, reviewable here."

*Samuel J. Crooks* for appellants.

*Edward T. Bartlett* for respondent.

*Per curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.